1

2

3

4

5                      UNITED STATES DISTRICT COURT

6                           DISTRICT OF NEVADA

7                                  * * *

8   PATRICIA D. WEBB,                    )
                                         )
9            Plaintiff,                   )        2:12-cv-0592-GMN-RJJ
                                         )
10  vs.                                   )
                                         )
11  MICHAEL J. ASTRUE, COMMISSIONER )
    OF SOCIAL SECURITY,                   )        O R D E R
12                                        )
            Defendant,                    )
13  _____)

14          This matter is before the Court on an Application to Proceed in District Court Without

15  Prepaying Fees or Costs (#1).

16          The Court having reviewed the Application (#1) and the proposed complaint attached

17  thereto and good cause appearing therefore,

18          IT IS HEREBY ORDERED that a status hearing is scheduled for September 25, 2012, at

19  9:00 AM in courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas

20  Blvd. So., Las Vegas, Nevada.

21          IT IS FURTHER ORDERED that only Plaintiff, Patricia D. Webb, and her attorney of

22  record, Marc V. Kalagain, Esq., are required to appear in Court for this hearing. Plaintiff is

23  advised that failure to appear for this hearing may result in a recommendation that this case be

24  dismissed..

25          DATED this __22nd__ day of August, 2012.

26

27                                              _____
                                                ROBERT J. JOHNSTON
28                                              United States Magistrate Judge