UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PATRICIA D. WEBB, <br><br>　　　　Plaintiff, <br><br>vs. <br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, <br><br>　　　　Defendant, | 2:12-cv-0592-GMN-RJJ <br><br><br>O R D E R |

This matter is before the Court on an Application to Proceed in District Court Without Prepaying Fees or Costs (#1).

The Court having reviewed the Application (#1) and the proposed complaint attached thereto and good cause appearing therefore,

IT IS HEREBY ORDERED that a status hearing is scheduled for September 25, 2012, at 9:00 AM in courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada.

IT IS FURTHER ORDERED that only Plaintiff, Patricia D. Webb, and her attorney of record, Marc V. Kalagain, Esq., are required to appear in Court for this hearing. Plaintiff is advised that failure to appear for this hearing may result in a recommendation that this case be dismissed..

DATED this   22nd   day of August, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge