DANIEL G. BOGDEN
United States Attorney
District of Nevada
Nevada State Bar No. 2137
CARLOS A. GONZALEZ
Assistant United States Attorney
333 Las Vegas Blvd. So., #5000
Las Vegas, Nevada  89101
Ph: (702) 388-6336
Fax: (702) 388-6787
E-mail: Carlos.Gonzalez2@usdoj.gov

Attorneys for the United States.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| PATRICIA D. WEBB, | ) | |
|---|---|---|
| | ) | Case No.2:12-CV-00592-GMN-PAL |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting | ) | |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

(First Request)

   COMES NOW defendants, by and through their attorneys, Daniel G. Bogden, United States Attorney for the District of Nevada, and Carlos A. Gonzalez, Assistant United States Attorney, and request a thirty (30) day extension of time, to file an appropriate response to Plaintiff's Motion for Reversal.

. . .

. . .

. . .

. . .

1  Plaintiff's counsel, Mr. Marc V. Kalagian does not oppose
2 the additional thirty day extension of time.
3  Defendants' current deadline is Monday, April 8, 2013.
4  It is therefore respectfully requested that defendants be
5 granted a thirty day extension of time to file an appropriate
6 response to the Motion for Reversal up to and including
7 Wednesday, May 8, 2013.

9  DATED this 8th day of April 2013.
10                             Respectfully submitted,
11                             Daniel G. Bogden
                               United States Attorney

                                 /s/ Carlos A. Gonzalez
13                             Carlos A. Gonzalez
                               Assistant United States Attorney

16                             IT IS SO ORDERED:

                               _____
18                             UNITED STATES MAGISTRATE JUDGE
19                             DATE:  April 10, 2013

2