```
 1  DANIEL G. BOGDEN
    United States Attorney
 2  District of Nevada
    Nevada State Bar No. 2137
 3  CARLOS A. GONZALEZ
    Assistant United States Attorney
 4  333 Las Vegas Blvd. So., #5000
    Las Vegas, Nevada   89101
 5  Ph: (702) 388-6336
    Fax: (702) 388-6787
 6  E-mail: Carlos.Gonzalez2@usdoj.gov

 7  Attorneys for the United States.

 8
                     UNITED STATES DISTRICT COURT
 9                        DISTRICT OF NEVADA

10   PATRICIA D. WEBB,              )
                                    )  Case No.2:12-CV-00592-GMN-PAL
11              Plaintiff,          )
     v.                             )
12                                  )
     CAROLYN W. COLVIN, Acting      )
13   COMMISSIONER OF                )
     SOCIAL SECURITY,               )
14                                  )
                Defendant.          )
15  _____)
```

16              **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

17                            (First Request)

18       COMES NOW defendants, by and through their attorneys, Daniel

19  G. Bogden, United States Attorney for the District of Nevada, and

20  Carlos A. Gonzalez, Assistant United States Attorney, and request

21  a thirty (30) day extension of time, to file an appropriate

22  response to Plaintiff's Motion for Reversal.

23  . . .

24  . . .

25  . . .

26  . . .

1  Plaintiff's counsel, Mr. Marc V. Kalagian does not oppose
2 the additional thirty day extension of time.
3  Defendants' current deadline is Monday, April 8, 2013.
4  It is therefore respectfully requested that defendants be
5 granted a thirty day extension of time to file an appropriate
6 response to the Motion for Reversal up to and including
7 Wednesday, May 8, 2013.

9  DATED this 8th day of April 2013.
10                                    Respectfully submitted,
11                                    Daniel G. Bogden
                                      United States Attorney

13     /s/ Carlos A. Gonzalez
       Carlos A. Gonzalez
       Assistant United States Attorney

16                                    IT IS SO ORDERED:

18  _____
    UNITED STATES MAGISTRATE JUDGE
19                                    DATE:   April 10, 2013