# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA D. WEBB,<br><br>    Plaintiff,<br> vs.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security<br>Administration,<br><br>    Defendant. | Case 2:12-cv-00592-GMN-PAL<br><br>**ORDER ACCEPTING REPORT OF FINDINGS<br>AND RECOMMENDATION OF<br>MAGISTRATE JUDGE PEGGY A. LEEN** |

Before the Court for consideration is the Report of Findings and Recommendation (ECF No. 28) of the Honorable Peggy A. Leen, United States Magistrate Judge, entered August 19, 2013, regarding Plaintiff's Motion for Reversal and/or Remand (ECF No. 24) filed on March 7, 2013.  Defendant filed its Memorandum of Points and Authorities in Support of its Motion to Affirm, and in Opposition to Plaintiff's Motion for Reversal and/or Remand (ECF No. 27) on April 22, 2013.

Pursuant to Local Rule IB 3-2(a), objections to the Report of Findings and Recommendation (ECF No. 28) were due by September 5, 2013.  No objections have been filed. In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and has determined that Magistrate Judge Leen's Recommendations should be **ACCEPTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Reversal and/or Remand (ECF No. 24) is hereby **DENIED**.

**IT IS FURTHER ORDERED** that the Commissioner's Cross-Motion to Affirm (ECF No. 27) is hereby **GRANTED**.

1        **IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment

2   accordingly.

3        **DATED** this 5th day of November, 2013.

4

5   _____

     Gloria M. Navarro

6        United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25